## Schindler, Appellant, v. Schindler.

Argued November 17, 1972. *Leonard E. Price*, with him *Conte, Courtney, Tarasi & Price*, for appellant; *Max U. Applebaum*, for appellee.

OPINION PER CURIAM : Order affirmed. Having made an independent study of the entire record, we are of the opinion that the court below properly refused a decree in divorce in this case.

WATKINS, J., absent.

## Seventh Avenue Century, Inc., Appellant, v. Allegheny County Steam Heating Company.

Argued November 15, 1972. *Gerald S. Lesher*, with him *Baskin, Boreman, Wilner, Sachs, Gondelman and Craig*, for appellant; *James E. Coyne*, with him *Lancaster, Mentzer, Coyne & Duffy*, for appellee.

Order affirmed.

## Sharapan v. Sachs Real Estate Company, Inc. et al., Appellants.

Argued November 13, 1972. *Robert E. Wayman*, with him *Wayman, Irvin, Trushel & McAuley*, for appellant; *Alan Frank*, with him *Frank & Radakovich*, for appellees.

Judgment affirmed.